

# CHRIS DANIEL <span style="color:red">01-15-00592-CR</span>

## HARRIS COUNTY DISTRICT CLERK

July 1, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/8/2015 12:59:04 PM
CHRISTOPHER A. PRINE
Clerk

HONORABLE VANESSA VELASQUEZ
183RD DISTRICT COURT
HARRIS COUNTY

Defendant's Name:  EDUARDO MARTINEZ

Cause No:  1031995

Court:  183RD DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 6-26-15
**Sentence Imposed Date:** 6-26-15
**Court of Appeals Assignment:  First  Court of Appeals**
**Appeal Attorney of Record:  TO BE DETERMINED**

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC:  Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

BILLY JALUFKA (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651

Cause No. 1031995

pz 27999 998

## THE STATE OF TEXAS

V.

Edward Martinez , A/K/A/ _____

_183rd_ District Court / County Criminal Court at Law No. _____

Harris County, Texas

### NOTICE OF APPEAL

**FILED**
Ch... ....
D.... ...
JUN 26 2015
Time: ___
H........ ..xas
Deputy _____

**TO THE HONORABLE JUDGE OF SAID COURT:**

On _June 24, 2015_ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☒ MOVES to withdraw.

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

| | |
|---|---|
| _June 26, 2015_ | _(Attorney signature)_ |
| **Date** | **Attorney (Signature)** |
| X Edward Martinez | _Wilfred A. Anderson_ |
| **Defendant (Printed name)** | **Attorney (Printed name)** |
| | 01232300 |
| | **State Bar Number** |
| | 708 Main St. #790 |
| | **Address** |
| | (713) 229-0511 |
| | **Telephone Number** |

The defendant (check all that apply):

☐ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☐ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_____     _____
**Defendant (Signature)**                    **Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On _____ the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time.

☐ IS indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☐ employing counsel and/or paying for a clerk's and court reporter's record.

The Court ORDERS that

☑ Counsel's motion to withdraw is GRANTED / DENIED.

☐ Defendant / appellant's motion (to be found indigent) is DENIED.

☐ Defendant's / appellant's motion is GRANTED and

    ☐ Attorney _____
    Bar Card Number_____ SPN Number _____
    is APPOINTED to represent defendant / appellant on appeal.

    ☐ Harris County Public Defender's Office (HCPD) is APPOINTED to represent
    defendant/appellant on appeal.
    Assistant Public Defender Assigned by HCPD _____
    Bar Card Number_____ SPN Number _____

    ☐ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to
    defendant / appellant.

BAIL IS:

☐ SET at $____0____.

☐ TO CONTINUE as presently set.

☐ DENIED and is SET at NO BOND. (Felony Only).

DATE SIGNED: _____ JUN 2 6 2015 _____

JUDGE PRESIDING,
_183_ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. _10,319,95_

| | |
|---|---|
| THE STATE OF TEXAS | IN THE _183_ DISTRICT COURT |
| V. | COUNTY CRIMINAL COURT AT LAW NO. ____ |
| _Edward Martinez_ , Defendant | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [x] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

_____     Date Signed _6/26/15_
Judge

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X _Edward Martinez_                  _____
Defendant                            Defendant's Counsel

Mailing Address: _____    State Bar of Texas ID number: _0123230_

Telephone number: _____     Mailing Address: _208 Main St._

Fax number (if any): _____     Telephone number: _(713) 221-051_

                                     Fax number (if any): _(713) 221-8269_

---

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

# APPEAL CARD

Court __183__    8-25-15    Cause No. __1031995__

### The State of Texas
### Vs

__EDUARDO MARTINEZ__

6-26-15

**Date Notice Of Appeal:** __6/26/15__

**Presentation:**         Vol._____ Pg._____

**Judgment:**             Vol._____ Pg._____

**Judge Presiding** __VANESSA VELASQUEZ__

**Court Reporter** __BILLY JALUEKA__

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** __WILFORD ANDERSON__

**Attorney on Appeal** __TO BE DETERMINED__

          Appointed __✗__ Hired __✓__

**Offense** __AGG ASSLT - SER Bodly INJ.__

**Jury Trial**       Yes_____ No __✓__

**Punishment Assessed** __20 YEARS TDC__

**Companion Cases (If Known)** _____

**Amount of Appeal Bond** __∅__

**Appellant Confined:**    Yes_____ No_____

**Date Submitted To Appeal Section** __10/26/15__

**Deputy Clerk** _____